IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-02089-REB-OES

PRAN KATARIYA,

Plaintiff(s),

vs.

KEYSTONE RESORT PROPERTY MANAGEMENT COMPANY,
VAIL SUMMIT RESORTS, INC.,
VAIL RESORTS MANAGEMENT COMPANY, d/b/a KEYSTONE RESORT HOTEL,

Defendant(s).

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 17, 2005

     The Motion to Withdraw of Lindquist & Vennum P.L.L.P., Charles F. Brega and Natalia S. Ballinger [filed November 16, 2005, Document 63] is DENIED.