## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Robert E. Blackburn, Judge

Civil Case No. 02-cv-02089-REB-OES

PRAN KATARIYA,

    Plaintiff,

v.

VAIL SUMMIT RESORTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on the court's **Order to Show Cause** [#76], filed December 19, 2005.  In that order, I noted that plaintiff had failed to appear either in person or by counsel for the Trial Preparation Conference scheduled that day, and I required plaintiff to show cause on or before January 9, 2006, why his claims against defendant should not be dismissed for failure to prosecute under Fed.R.Civ.P. 41(b) and D.C.Colo.LCivR 41.1.  Plaintiff has filed no response to the Order to Show Cause.  In addition, as noted in my order permitting counsel for plaintiff to withdraw [#72], filed December 12, 2005, plaintiff had failed to communicate with his attorneys or reimburse them their costs of representing him in this matter for more than a year.  It appears that plaintiff is no longer interested in pursuing this matter.  Therefore, I conclude that plaintiff's claims should be dismissed for failure to prosecute.  **FED.R.CIV.P**. 41(b).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order to Show Cause** [#76], filed December 19, 2005, is **MADE ABSOLUTE**;

2. That plaintiff's claims against defendant, Vail Summit Resorts, are **DISMISSED WITH PREJUDICE** under Fed.R.Civ.P. 41(b); and

3. That this case is **DISMISSED WITH PREJUDICE** .

Dated January 10, 2006, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**